IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOHN T. HESSERT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF BOZEMAN, MONTANA<br><br>　　　　　Defendant. | CV-21-45-BU-BMM<br><br>**ORDER** |

A telephonic status conference was held on September 14, 2021, to discuss and resolve a discovery dispute between the parties. John Hessert appeared Pro Se and Elizabeth Lund appeared on behalf of the City of Bozeman.

Accordingly, **IT IS ORDERED** that:

1. Plaintiff's Motions (Docs. 57, 59, 60, 62, 63, 65, and 69) are **DENIED**.

2. Defendant's Motion for Sanctions (Doc. 54) is **DENIED**.

Dated the 14th day of September, 2021.

　　　　　　　　　　　　　　　　　　／s／ Brian Morris
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Brian Morris, Chief District Judge
　　　　　　　　　　　　　　　　　　United States District Court