# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| JOHN T. HESSERT,<br><br>                                        Plaintiff,<br><br>vs.<br><br>CITY OF BOZEMAN, MONTANA<br><br>                                        Defendant. | **CV-21-45-BU-BMM**<br><br>**ORDER** |

Upon plaintiff John T. Hessert's Motion for Dismissal with Prejudice, (Doc. 89), and with good cause shown, **IT IS HEREBY ORDERED** that this case is dismissed with prejudice. Each party shall bear their own fees and costs incurred in this matter. All hearings and deadlines in this matter are hereby **VACATED**.

Dated the 3rd day of November, 2021.

_____
Brian Morris, Chief District Judge
United States District Court