UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOHN T. HESSERT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF BOZEMAN,<br><br>　　　　　Defendant. | Case No. CV-21-45 -BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**　X　Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

　　IT IS ORDERED AND ADJUDGED: Upon plaintiff John T. Hessert's Motion for Dismissal with Prejudice, IT IS HEREBY ORDERED that this case is dismissed with prejudice. Each party shall bear their own fees and costs incurred in this matter.

　　Dated this 9th day of November, 2021.

　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　By: /s/ M. Stewart
　　　　　　　　　　　　　　M. Stewart, Deputy Clerk